**THE HONORABLE BENJAMIN H. SETTLE**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BUNKER HOLDINGS LTD., | IN ADMIRALTY |
| Plaintiff, | CASE NO.: 3:14-cv-06002-BHS |
| v. | |
| M/V YM SUCCESS (IMO 9294800), her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*, | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, BUNKER HOLDINGS LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

DATED this 22nd day of December, 2014.

*Of counsel*:

George M. Chalos (GC-8693)
(*pro hac vice application forthcoming*)
CHALOS & CO, P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771
Telephone: (516) 714-4300
Facsimile:  (516) 750-9051
Email: gmc@chaloslaw.com

NICOLL BLACK & FEIG PLLC

*/s/ Jeremy B. Jones*
Jeremy B. Jones, WSBA #44138
*Attorneys for Plaintiff*

RULE 7.1 STATEMENT - 1
3:14-cv-06002-BHS

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555