THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BUNKER HOLDINGS LTD.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>M/V YM SUCCESS (IMO 9294800), her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*,<br><br>　　　　　　　Defendant. | IN ADMIRALTY<br><br>CASE NO.: 3:14-cv-06002-BHS<br><br>ORDER APPROVING OF SUBSTITUTE SECURITY AND RELEASE OF VESSEL |

　　Upon the Motion of Plaintiff, BUNKER HOLDINGS LTD., for an Order approving substitute security and releasing the M/V YM SUCCESS from arrest, and good cause appearing therefore, it is hereby:

　　**ORDERED** that the Motion for Approval of Substitute Security and Release of Vessel is granted; and it is further

　　**ORDERED** that pursuant to Supplemental Rule E(5)(a) and the agreement of the parties, the Letter of Undertaking is approved as substituted security for *in rem* claims against the M/V YM SUCCESS by Plaintiff; and it is further

\\\\

\\\\

\\\\

\\\\

[　　　] ORDER APPROVING SUBSTITUTE
SECURITY AND RELEASE OF VESSEL - 1
3:14-cv-06002-BHS

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

1 | **ORDERED** that the Defendant Vessel M/V YM SUCCESS is released from the
2 | custody of the United States Marshal and the Substitute Custodian National Maritime Services.
3 |
4 | DATED this 31 day of December, 2014.

                                                         THE HON. BENJAMIN H. SETTLE
                                                         UNITED STATES DISTRICT JUDGE

**Presented by:**

NICOLL BLACK & FEIG PLLC

_/s/ Jeremy B. Jones_
Jeremy B. Jones, WSBA #44138
*Attorneys for Plaintiff*

] ORDER APPROVING SUBSTITUTE
SECURITY AND RELEASE OF VESSEL - 2
3:14-cv-06002-BHS

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555