HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BUNKER HOLDINGS LTD.,

   Plaintiff,

v.

M/V YM SUCCESS (IMO9294800), her tackle, boilers, apparel, furniture, engines, appurtenances, etc., in rem,

   Defendant.

NO. 3:14-CV-06002 BHS

**ORDER SETTING STIPULATED BRIEFING SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT**

THIS MATTER came before the Court on the parties' Stipulation for Briefing Schedule on Cross Motions for Summary Judgment (the "Stipulation"). The Court has considered the Stipulation and approves of the proposed briefing schedule. Therefore, it is hereby

ORDERED:

The briefing schedule for Defendant's Motion for Summary Judgment ("Defendant's Motion") and Plaintiff's Cross-Motion for Summary Judgment ("Plaintiff's Cross-Motion") shall be modified to the following:

| **Brief** | **Deadline** |
|---|---|
| Defendant's Reply in support of Defendant's Motion and Response to Plaintiff's Cross- | Monday, April 4, 2016 |

[PROPOSED] ORDER SETTING STIPULATED BRIEFING
SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT - 1
CASE NO. 3:14-CV-06002 BHS

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939


| Motion | |
|---|---|
| Plaintiff's Reply in support of Plaintiff's Cross-Motion | Friday, April 8, 2016 |
| Consideration Date for Defendant's Motion and Plaintiff's Cross-Motion | Friday, April 8, 2016 |

DATED this 23 day of March, 2016.

_____
HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented By:

| GARVEY SCHUBERT BARER | NICOLL BLACK & FEIG |
|---|---|
| By: *s/Tyler W. Arnold*<br>Barbara L. Holland, WSBA #11852<br>Tyler W. Arnold, WSBA #43129<br>1191 Second Avenue, Suite 1800<br>Seattle, Washington 98101<br>Phone: (206) 464-3939<br>Fax: (206) 464-0125<br>Email: bholland@gsblaw.com<br>Email: tarnold@gsblaw.com<br><br>*Attorneys for Defendant*<br>*M/V YM SUCCESS and*<br>*Claimant Yang Ming Liberia Corp.* | By *s/Jeremy B. Jones*<br>Jeremy B. Jones, WSBA #44138<br>1325 Fourth Avenue, Suite 1650<br>Seattle, WA 98101<br>Telephone: (206) 838-7555<br>Fax: (206) 838-7515<br>E-mail: jjones@nicollblack.com<br><br>*Attorneys for Plaintiff*<br>*Bunker Holdings Ltd.* |

[PROPOSED] ORDER SETTING STIPULATED BRIEFING
SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT - 2
CASE NO. 3:14-CV-06002 BHS

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939